IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00343

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID RYAN WINTERS,

    Defendant.

ORDER

This matter comes before the court on the United States' Motions to Seal. DE 43 & 45.

For good cause shown, both motions are GRANTED. The Clerk of the Court is directed to

maintain the filings at Docket Entries 42 and 44 under seal until further order of the court.

SO ORDERED this ___23d___ day of February, 2026.

_Richard E Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE