IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00343

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID RYAN WINTERS,

    Defendant.

ORDER

This matter comes before the court *sua sponte*. Because the court prematurely entered its prior order without giving Defendant a chance to be heard, that order is WTHDRAWN. The court has now received Defendant's response, DE 53, and this matter will proceed to the scheduled restitution hearing.

SO ORDERED this _____22ᵈ_____ day of May, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE