IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00343

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID RYAN WINTERS,

    Defendant.

ORDER

This matter comes before the court on the United States' Supplemental Motion for Restitution. DE 50. At Defendant's sentencing, the court delayed the imposition of restitution for ninety days to allow for this supplemental motion. Having heard from the parties at the May 28, 2026, restitution hearing, and having carefully considered the original Motion, DE 44, the supplemental Motion, DE 50, all evidence in support of those motions, and the relevant statutes, the Motions are GRANTED. The court finds that the United States has carried its burden and shown restitution is warranted in the amount sought. *See* 18 U.S.C. §§ 2264, 3633, 3663A. The court ORDERS restitution due and payable immediately from Defendant to J.M.M. in the amount of $1,700.

The court finds that the defendant is without the ability to pay interest so interest is, therefore, waived. Additionally, Payment of restitution shall be due and payable in full immediately. However, if the defendant is unable to pay in full immediately, the special assessment and restitution may be paid through the Inmate Financial Responsibility Program ("IFRP"). The court orders that the defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered the defendant's financial resources and ability

Case 5:24-cr-00343-M-RN   Document 58   Filed 05/29/26   Page 1 of 2

to pay, orders that any balance still owed at the time of release shall be paid in installments of $100 per month to begin 60 days after the defendant's release from prison. At the time of the defendant's release, the probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

SO ORDERED this __28th__ day of May, 2026.

_Richard E. Myers II_

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2